David E. Bower, SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 601-2610

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKET SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GUIDANCE SOFTWARE, INC., ROBERT VAN SCHOONENBERG, PATRICK DENNIS, REYNOLDS C. BISH, MAX CARNECCHIA, JOHN COLBERT, MICHAEL MCCONNELL, and WADE W. LOO,<br><br>Defendants. | Civil Action No.  2:17-cv-6469<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| 1  DATED: December 12, 2017 | Respectfully submitted, |
| 2 | */s/ David E. Bower* |
| 3 | David E. Bower SBN 119546 |
|   | **MONTEVERDE & ASSOCIATES PC** |
| 4  **OF COUNSEL** | 600 Corporate Pointe, Suite 1170 |
|   | Culver City, CA 90230 |
| 5  **MONTEVERDE & ASSOCIATES PC** | Tel: (310) 446-6652 |
|   Juan E. Monteverde | Fax: (212) 601-2610 |
| 6  The Empire State Building | Email:  dbower@monteverdelaw.com |
|   350 Fifth Avenue, Suite 4405 | |
| 7  New York, NY 10118 | *Counsel for Plaintiff* |
|   Tel: (212) 971-1341 | |
| 8  E-mail: jmonteverde@monteverdelaw.com | |
| 9  *Counsel for Plaintiff* | |

**2**
**NOTICE OF DISMISSAL**